UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20578-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LARRY CHANCELLOR,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

This matter came before the Court *sua sponte*. The Court will be unavailable on May 28, 2008, therefore it is

ORDERED that the sentencing of Defendant Chancellor is reset to **May 30, 2008, at 2:00 p.m.**

DONE AND ORDERED in Miami, Florida, this 21st day of May, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
U.S. Probation