UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20578-Cr-SEITZ/MCALILEY

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LARRY EUGENE CHANCELLOR,

        Defendant.
_____/

**FINAL ORDER OF FORFEITURE**

Upon motion of the United States for entry of a final order of forfeiture pursuant to 18 U.S.C. § 924(d)(1), upon a review of the docket in this matter and for good cause shown thereby, the Court hereby finds that:

1. On or about April 14, 2008, this Court entered a Preliminary Order of Forfeiture, condemning and forfeiting the interest of defendant LARRY EUGENE CHANCELLOR (hereinafter referred to as "defendant") in the following property to the United States of America pursuant to 18 U.S.C. § 924(d)(1):

    a. **one Colt .45 caliber semi-automatic pistol, model M1911A1 (S/N 877657); and**
    b. **ten (10) rounds of federal, .45 caliber ammunition.**

2. On June 16, 2008, notice of the order forfeiting the property identified in the Preliminary Order was published in the Miami Daily Business Review, a newspaper of general circulation and beginning on June 13, 2008 posted on the government's internet site

(www.forfeiture.gov) for at least 30 consecutive days. The published notice stated the intent of the United States to forfeit all right, title and interest in, and to dispose of, the property identified in said Preliminary Order of Forfeiture; advised all third parties, if any, of their right to petition the Court within thirty days for a hearing to adjudicate the validity of their alleged legal interest in the property; and set forth the requirement that anyone seeking to claim an interest in the property to be forfeited must file a petition in conformance with 21 U.S.C. § 853(n)(3)[1], within thirty days after the earlier of the final date of publication of the notice or the receipt of actual notice.

3. The Declaration of Publication was filed with the Clerk of this Court on September 8, 2008.

4. All persons known to the United States to have a legal interest in the property ordered forfeited have thereby been notified according to 21 U.S.C. § 853(n)(1).

5. No third party has filed a timely petition for an ancillary hearing and the Court is not aware of any party having any interest in the property ordered forfeited by the Preliminary Order of Forfeiture identified herein above.

Accordingly, pursuant to 18 U.S.C. § 924(d)(1) and 21 U.S.C. § 853(n), and for good cause shown, it is hereby,

---

[1] Pursuant to 28 U.S.C. § 2461(C), the procedures at 21 U.S.C. § 853 are applicable to forfeitures under 18 U.S.C. § 924(d)(1).

ORDERED and ADJUDGED that all right, title and interest, in one Colt .45 caliber semi-automatic pistol, model M1911A1 (S/N 877657) and ten (10) rounds of federal, .45 caliber ammunition are hereby forfeited to and clear title vested in the United States of America.

The Bureau of Alcohol, Tobacco, Firearms & Explosives, or any other duly authorized law enforcement agents, shall dispose of the forfeited property in accordance with the law.

DONE AND ORDERED this 12th day of September 2008, in Chambers at Miami, Florida.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:  AUSA Barbara Papademetriou (2 certified copies)